R. H. OLDHAM v. J. J. TERRELL, COMMISSIONER OF THE GENERAL LAND OFFICE ET AL.

No. 1628. Decided October 30, 1907.

**Jurisdiction of Supreme Court.**

The Supreme Court cannot issue the writ of mandamus in an original proceeding where an issue of fact is involved. (P. 44.)

Original application to the Supreme Court by Oldham, for writ of mandamus requiring the Commissioner of the General Land Office to accept his application for the purchase of certain school lands. Lee Dool and others, adverse claimants were made co-respondents, and the answers of respondents presented an issue of fact as to the rights of the parties.

*W. J. Arrington* and *Fiset & McClendon,* for relator.

*R. V. Davidson,* Attorney-General, and *Wm. E. Hawkins,* Assistant, for respondent Terrell.

*Brown & Allison, R. M. Reed* and *N. A. Rector,* for respondent Dool.

*W. E. Forgy* and *N. A. Rector,* for respondents McDonald and Connaughton.

MR. CHIEF JUSTICE GAINES delivered the opinion of the court.

This is a petition against the Commissioner of the General Land Office for a writ of mandamus. The pleadings disclose one if not two questions of fact, which we are without capacity to determine.

Therefore the case is dismissed for want of jurisdiction.